# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:24-CV-00458-FDW-SCR

| | | |
|---|---|---|
| **ERIKA JACOBS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ATRIUM HEALTH UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

 **THIS MATTER** is before the Court *sua sponte* as to the status of this case. On June 27, 2024, the Court dismissed Plaintiff's Complaint for lack of subject matter jurisdiction. The Court granted Plaintiff leave to amend the Complaint no later than July 19, 2024. Plaintiff did not amend her Complaint, and the time to do so has passed. Accordingly, the Clerk of Court is respectfully directed to CLOSE THE CASE.

 **IT IS SO ORDERED.**

Signed: July 31, 2024

Frank D. Whitney
United States District Judge